VICTOR SEBASTIAN AZOGUE, ON BEHALF OF HIMSELF AND OTHERS
SIMILARLY SITUATED

                                          Plaintiff(s)          Index # 13 CV 7899 (GRIESA)

                    - against -
                                                               Purchased November 6, 2013

16 FOR 8 HOSPITALITY LLC D/B/A NUM PANG SANDWICH SHOP, ETAL
                                          Defendant(s)         **AFFIDAVIT OF SERVICE**

STATE OF NEW YORK: COUNTY OF NEW YORK  ss:

CHRISTOPHER J. KLEIN BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE
AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on November 21, 2013 at 01:28 PM at

21 E. 12TH STREET
NEW YORK, NY 10003

deponent served the within SUMMONS AND COMPLAINT on 8 FOR 4 HOSPITALITY LLC D/B/A NUM PANG SANDWICH SHOP therein
named,

**SUITABLE
AGE**
by delivering thereat a true copy of each to NATALIA TSEKIROVA a person of suitable age and discretion. Said
premises is Defendant's actual place of business within the state. She identified herself as the MANAGING-AGENT of
the Defendant.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|------|-----------|-----------|--------------|-----------------|-----------------|
| FEMALE | WHITE | BLACK | 30 | 5'3 | 130 |

**MAILING**
Deponent enclosed a copy of same in a postpaid wrapper properly addressed to the Defendant at the Defendant's actual
place of business at

ATTN: ALL MEMBERS
21 E. 12TH STREET
NEW YORK, NY 10003

and deposited said wrapper in a post office or official depository under exclusive care and custody of the United States
Postal Service within New York State on November 21, 2013 by REGULAR FIRST CLASS MAIL in an envelope marked
PERSONAL & CONFIDENTIAL and not indicating on the outside thereof, by return address or otherwise, that the
communication is from an attorney or concerns an action against the person to be served.

That at the time of such service deponent knew the person so served as aforesaid to be the same person mentioned and
described as the Defendant in this action.

Sworn to me on:  November 21, 2013

JOSEPH KNIGHT                    RALPH MULLEN                   VINETTA BREWER               **CHRISTOPHER J. KLEIN**
Notary Public, State of New York  Notary Public, State of New York  Notary Public, State of New York
No. 01KN6178241                  No. 01MU6238632                No. 4949206                  License #: 1188546
Qualified In New York County     Qualified in New York County   Qualified in Bronx County
Commission Expires November 26, 2015  Commission Expires April 11,2015  Commission Expires April 3, 2015  Invoice #: 588908