VICTOR SEBASTIAN AZOGUE, ON BEHALF OF HIMSELF AND OTHERS
SIMILARLY SITUATED

Plaintiff(s)

Index # 13 CV 7899 (GRIESA)

- against -

Purchased November 6, 2013

16 FOR 8 HOSPITALITY LLC D/B/A NUM PANG SANDWICH SHOP, ETAL

Defendant(s)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK: COUNTY OF NEW YORK ss:

CHRISTOPHER J. KLEIN BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on November 21, 2013 at 10:51 AM at

140 E. 41ST STREET
NEW YORK, NY 10017

deponent served the within SUMMONS AND COMPLAINT on 16 FOR 8 HOSPITALITY LLC D/B/A NUM PANG SANDWICH SHOP therein named,

**SUITABLE AGE**  by delivering thereat a true copy of each to LISA ROBINSON a person of suitable age and discretion. Said premises is Defendant's actual place of business within the state. She identified herself as the MANAGING-AGENT of the Defendant.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| FEMALE | WHITE | BLONDE | 25 | 5'3 | 120 |

**MAILING**  Deponent enclosed a copy of same in a postpaid wrapper properly addressed to the Defendant at the Defendant's actual place of business at

ATTN: ALL MEMBERS
140 E. 41ST STREET
NEW YORK, NY 10017

and deposited said wrapper in a post office or official depository under exclusive care and custody of the United States Postal Service within New York State on November 21, 2013 by REGULAR FIRST CLASS MAIL in an envelope marked PERSONAL & CONFIDENTIAL and not indicating on the outside thereof, by return address or otherwise, that the communication is from an attorney or concerns an action against the person to be served.

That at the time of such service deponent knew the person so served as aforesaid to be the same person mentioned and described as the Defendant in this action.

Sworn to me on: November 21, 2013

JOSEPH KNIGHT
Notary Public, State of New York
No. 01KN6178241
Qualified In New York County
Commission Expires November 26, 2015

RALPH MULLEN
Notary Public, State of New York
No. 01MU6238632
Qualified in New York County
Commission Expires April 11, 2015

VINETTA BREWER
Notary Public, State of New York
No. 4949206
Qualified in Bronx County
Commission Expires April 3, 2015

**CHRISTOPHER J. KLEIN**
License #: 1188546
Invoice #: 588909

UNITED PROCESS SERVICE, INC., 3RD FLOOR, 315 BROADWAY, NEW YORK, NY 10007 - (212) 619-0728