UNITED STATES DISTRICT COURT/SOUTHERN DISTRICT OF NEW YORK    Attorney: CILENTI & COOPER, PLLC.

Case 1:13-cv-07899-TPG   Document 6   Filed 12/05/13   Page 1 of 1

VICTOR SEBASTIAN AZOGUE, ON BEHALF OF HIMSELF AND OTHERS SIMILARLY SITUATED

                                         Plaintiff(s)

      - against -

16 FOR 8 HOSPITALITY LLC D/B/A NUM PANG SANDWICH SHOP, ETAL

                                         Defendant(s)

Index # 13 CV 7899 (GRIESA)

Purchased November 6, 2013

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK: COUNTY OF NEW YORK  ss:

CHRISTOPHER J. KLEIN BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on November 21, 2013 at 01:02 PM at

1129 BROADWAY
NEW YORK, NY 10010

deponent served the within SUMMONS AND COMPLAINT on NUM PANG HOLDCO LLC therein named,

**SUITABLE AGE**  by delivering thereat a true copy of each to LAUREN SAFADY a person of suitable age and discretion. Said premises is Defendant's actual place of business within the state. She identified herself as the MANAGING-AGENT of the Defendant.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| FEMALE | WHITE | RED | 30 | 5'4 | 135 |

**MAILING**  Deponent enclosed a copy of same in a postpaid wrapper properly addressed to the Defendant at the Defendant's actual place of business at

ATTN: ALL MEMBERS
1129 BROADWAY
NEW YORK, NY 10010

and deposited said wrapper in a post office or official depository under exclusive care and custody of the United States Postal Service within New York State on November 21, 2013 by REGULAR FIRST CLASS MAIL in an envelope marked PERSONAL & CONFIDENTIAL and not indicating on the outside thereof, by return address or otherwise, that the communication is from an attorney or concerns an action against the person to be served.

That at the time of such service deponent knew the person so served as aforesaid to be the same person mentioned and described as the Defendant in this action.

Sworn to me on:  November 21, 2013

| JOSEPH KNIGHT | RALPH MULLEN | VINETTA BREWER |
|---|---|---|
| Notary Public, State of New York | Notary Public, State of New York | Notary Public, State of New York |
| No. 01KN6178241 | No. 01MU6238632 | No. 4949206 |
| Qualified In New York County | Qualified in New York County | Qualified in Bronx County |
| Commission Expires November 26, 2015 | Commission Expires April 11, 2015 | Commission Expires April 3, 2015 |

**CHRISTOPHER J. KLEIN**
License #: 1188546
Invoice #: 588907