Griesa, J.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
VICTOR SEBASTIAN AZOGUE, on behalf of himself
and others similarly situated,                              No.: 13-cv-7899 (TPG)

                               *Plaintiff*,

                             -against-

16 FOR 8 HOSPITALITY LLC d/b/a NUM PANG
SANDWICH SHOP, 32 FOR 16 HOSPITALITY LLC
d/b/a NUM PANG SANDWICH SHOP, 8 FOR 4
HOSPITALITY LLC d/b/a NUM PANG SANDWICH
SHOP, NUM PANG HOLDCO LLC,
RATHA CHUAPOLY, and BENJAMIN DAITZ,

                             *Defendants*.
------------------------------------------------------------X

## STIPULATION

It is hereby stipulated and agreed by and between the undersigned counsel to the parties in this action, as follows:

1. Defendants' time to answer, plead, or otherwise move with respect to Plaintiff's Complaint shall be and hereby is extended until December 23, 2013.

2. This stipulation and order may be executed and delivered in counterparts and by facsimile or electronic transmission. Each counterpart so transmitted shall be deemed an original, and all of the counterparts collectively shall be deemed a single document.

*[Signatures Follow]*

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```

| | |
|---|---|
| CILENTI & COOPER, PLLC | TANNENBAUM HELPERN SYRACUSE & HIRSCHTRITT LLP |
| BY: _____ <br> Justin Cilenti <br> 708 Third Avenue – 6th Floor <br> New York, NY 10017 <br> (212) 209-3933 <br> *Attorneys for Plaintiff* | BY: _____ <br> Andrew W. Singer <br> 900 Third Avenue <br> New York, NY 10022 <br> (212) 508-6700 <br> *Attorneys for Defendants* |
| DATE: 12/5/13 | DATE: Dec. 4, 2013 |

SO ORDERED:

_____
Hon. Thomas P. Griesa, U.S.D.J.

12/9/13

[990587-1]