-1-

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
VICTOR SEBASTIAN AZOGUE, on behalf of himself
and others similarly situated,

                        *Plaintiff*,

       -against-

16 FOR 8 HOSPITALITY LLC d/b/a NUM PANG
SANDWICH SHOP, 32 FOR 16 HOSPITALITY LLC
d/b/a NUM PANG SANDWICH SHOP, 8 FOR 4
HOSPITALITY LLC d/b/a NUM PANG SANDWICH
SHOP, NUM PANG HOLDCO LLC,
RATHA CHUAPOLY, and BENJAMIN DAITZ,

                        *Defendants*.
-------------------------------------------------------------------X

No.: 13-cv-7899 (TPG)

DEFENDANTS' RULE 7.1
DISCLOSURE STATEMENT

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for all defendants hereby certifies that: (1) none of the defendants have any parent corporation; and (2) no publicly held corporation owns more than 10% of the stock of any defendant.

*[THE REMAINDER OF THIS PAGE IS INTENTIONALLY LEFT BLANK]*

Dated: New York, New York
December 20, 2013

Respectfully submitted,

**TANNENBAUM HELPERN SYRACUSE & HIRSCHTRITT LLP**

Andrew W. Singer
Jason B. Klimpl

900 Third Avenue
New York, New York 10022
Phone: (212) 508-6700
Fax: (212) 371-1084
Email:  singer@thsh.com
klimpl@thsh.com
*Attorneys for Defendants*