# CILENTI & COOPER, PLLC

ATTORNEYS AT LAW
708 Third Avenue – 6th Floor
New York, New York 10017

Telephone (212) 209-3933
Facsimile (212) 209-7102
Email: info@jcpclaw.com

January 16, 2014

**By ECF**

Hon. Thomas P. Griesa, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

                ***Re:***    ***Azogue v. 16 for 8 Hospitality LLC, et al.***
                        ***Case No. 13-CV-7899 (TPG) (MHD)***

Dear Judge Griesa,

     We are counsel to the plaintiff in the above-referenced matter, which was filed with the Court on November 6, 2013. It is respectfully requested that an initial conference be scheduled at the Court's earliest convenience.

                                                      Respectfully submitted,

                                                        Justin Cilenti

JC/mjz

cc: Andrew W. Singer, Esq. (by ECF)