TANNENBAUM HELPERN SYRACUSE & HIRSCHTRITT LLP

900 THIRD AVENUE

NEW YORK, NEW YORK 10022-4775

(212) 508-6700

FACSIMILE: (212) 371-1084

**Jason B. Klimpl**
Direct Dial: (212) 508-7529
E-mail: klimpl@thsh.com

March 17, 2014

**VIA ECF**

Hon. Thomas P. Griesa, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    *Azogue v. 16 for 8 Hospitality LLC, et al.*
               Case No. 13-CV-7899 (TPG) (MHD)

Dear Judge Griesa:

      We represent the defendants in the above-referenced matter. Pursuant to the Court's instructions at the Initial Conference held on February 28, 2014, we write on behalf of all the parties to inform the Court of the status of the parties' discussions concerning potential settlement and the formation of a conditional collective class.

      The parties are working in good faith to finalize a proposed Stipulation and Order to Issue 216(b) Notice of Collective Action (together with the related Notice of Pending Collective Action Lawsuit and form of Opt-In & Consent to Join). Accordingly, the parties hereby jointly respectfully request until Friday, March 21, 2014, to submit the proposed Stipulation and Order to Your Honor. The parties intend to continue to engage in settlement discussions upon the expiration of the opt-in period set forth in the Stipulation and Order.

      Thank you Your Honor for your attention to this matter.

      Respectfully submitted,

      Jason B. Klimpl

cc:    Justin Cilenti, Esq.
        Andrew W. Singer, Esq.