**OPT-IN & FORMULARIO DE CONSENTIMIENTO PARA INSCRIBIRSE**

*Azogue v 16 for 8 Hospitality LLC d/b/a Num Pang , et al.*

Complete y Envíe por correo o fax a:

Cilenti & Cooper, PLLC
Attn: Num Pang Collective Action
708 Third Avenue – 6th Floor
New York, New York 10017
Tel.: (212) 209-3933 (en Inglés )
Tel.: (718) 841-7474 (en Español)
Fax: (212) 209-7102
Email: info@jcpclaw.com

**CONSENTIMIENTO PARA UNIRSE A LA ACCIÓN COLECTIVA**

1. Yo _Jose Luis Verde J_ [escriba su nombre] doy consentimiento y estoy de acuerdo en pedir mis reclamaciones de salarios mínimos no pagados y compensación por tiempo extra contra Num Pang en relación con la demanda antes mencionada .

2. He trabajado en la posición de cocinero, lavaplatos, preparador de alimentos, ayudante de cocina, limpiador/portero, acomodador de mercancía, persona de entrega de comida, cajera u otro empleado no directivo para Num Pang desde el o alrededor del _12/12_ [imprimir el mes y el año en que comenzó a trabajar en Num Pang] hasta el o alrededor del _06/13/_ [imprimir el mes y el año cuando dejó de trabajar en Num Pang, o escriba "presente" si usted todavía está trabajando en Num Pang].

3. Durante el período anterior, yo trabajaba en exceso de cuarenta (40) horas a la semana, pero no se pagó compensación por horas extras .

4. Entiendo que esta demanda se mantiene bajo la Ley de Normas Razonables de Trabajo del 1938, según enmendada, 29 USC § § 201 , et seq . Por la presente autorización, estoy de acuerdo, como opt-in, a convertirme en un demandante en esta demanda y estar sujeto a un juicio por el Tribunal o la liquidación de esta acción.

5. Yo entiendo que en firmar este formulario, estoy retirando mi derecho a llevar los mismos reclamaciones de bajo de la Ley de Normas Razonables de Trabajo en contra de Num Pang en una acción separada.

6. Designo al bufete de abogados de Cilenti & Cooper, PLLC ("Abogados de los Demandantes") a representarme en todos los efectos de esta acción.

7.   También designo al Representante de esta Acción Colectiva (s) como mi representante (s) para tomar decisiones en mi nombre sobre esta litigación, el método y la forma de conducción de esta litigación, la introducción de un acuerdo con los demandantes incluyendo los honorarios relativos de los abogados, y todos los demás asuntos relacionados con esta demanda.

FECHA DE LA FIRMA: _5-19-14_    FIRMA: _Jose Luis Verdejo_
[Firmar Su Nombre]

IMPRIMIR SU NOMBRE: _Jose Luis Verdejo_
[Escriba Su Nombre]

NUMERO DE TELEFONO: _347-651-2849_