**OPT-IN & CONSENT TO JOIN FORM**

*Azogue v. 16 for 8 Hospitality LLC d/b/a Num Pang, et al.*

**Complete and Mail or Fax To:**

Cilenti & Cooper, PLLC
Attn: Num Pang Collective Action
708 Third Avenue – 6th Floor
New York, New York 10017
Tel.: (212) 209-3933 (In English)
Tel.: (718) 841-7474 (In Spanish)
Fax: (212) 209-7102
Email: info@jcpclaw.com

**CONSENT TO JOIN COLLECTIVE ACTION**

1. I _Manuel Chavez_ [print your name] consent and agree to pursue my claims for unpaid overtime compensation against Num Pang in connection with the lawsuit as described in the notice that accompanied this consent form.

2. I have worked as a non-manager in a position with a primary job responsibility of a cook, dishwasher, food preparer, kitchen worker, cleaner/porter, stock person, delivery person, and/or cashier at Num Pang from on or about ~~May 20F3~~ _Oct 15, 2013_ [print month and year you began working at Num Pang] until on or about _May 8, 2014_ [print month and year you stopped working at Num Pang, or write "present" if you are still working at Num Pang].

3. During the above period, I worked in excess of forty (40) hours per week, but was not paid overtime compensation.

4. I understand that this lawsuit is brought under the Fair Labor Standards Act of the 1938, as amended, 29 U.S.C. §§ 201, et seq. I hereby consent, agree, and opt-in to become a plaintiff in this lawsuit (as described in the notice that accompanied this consent form) and be bound to any judgment by the Court or any settlement of this action.

5. I understand that by signing this form I may be waiving my right to pursue the same Fair Labor Standards Act claims against Num Pang in a separate action.

6. I designate the law firm of Cilenti & Cooper, PLLC ("Plaintiff's Counsel") to represent me for all purposes of this action.

7. I also designate the Collective Action Representative as my agent to make decisions on my behalf concerning the litigation, the method and manner of conducting

this litigation, the entering of an agreement with Plaintiff's Counsel concerning attorneys' fees and costs, and all other matters relating to this lawsuit.

DATE SIGNED: 06/11/2014

SIGNATURE: *Manuel Chavez*
[Sign Your Name]

PRINT NAME: Manuel Chavez
[Print Your Name]

PHONE NUMBER: 718 496 3068