UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/18/14
```

Victor Sebastian Azogue, et al.

    Plaintiffs,

v.

16 for 8 Hospitality, L.L.C., et al

    Defendants.

13 Civ. 7899

**ORDER**

Pursuant to plaintiffs' July 11, 2014 letter, the court consolidates Azogue v. 16 for 8 Hospitality LLC, et al. (13-cv-7899) and Cabrera v. Num Pang Holdings LLC, et al. (14-cv-3283). The cases shall proceed before Judge Griesa under the case-name Azogue and with docket number 13-cv-7899.

SO ORDERED.

Dated: New York, New York
      July 18, 2014

*Thomas P. Griesa*

Thomas P. Griesa
United States District Judge

1