UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/2/14

Victor Sebastian Azogue et al.

        Plaintiffs,

v.

16 for 8 Hospitality, L.L.C., et al.

        Defendants.

13 Civ. 7899

**ORDER**

On September 9, 2014, the court held a status conference and appointed attorney Justin Cilenti as lead counsel for plaintiffs.

Accordingly, the Clerk of Court is directed to close item numbers 12, 22, and 23 on the docket. The Clerk of Court is also directed to close item number 7 in Marlon Cabrera v. Num Pang Holdings LLC. et al (14-cv-3283), which has been consolidated with the above captioned case.

Finally, the court denies attorney C.K. Lee's September 25, 2014 application to compel discovery from defendants. Mr. Lee represent plaintiff Cabrera, whose case has been consolidated. At the September 9 hearing, the court explained that defendants are only to deal with Mr. Cilenti in attempting to reach a class settlement.

1

SO ORDERED.

Dated: New York, New York
       October 2, 2014

/s/ Thomas P. Griesa
Thomas P. Griesa
United States District Judge