# CILENTI & COOPER, PLLC

ATTORNEYS AT LAW
708 Third Avenue – 6th Floor
New York, New York 10017

Telephone (212) 209-3933
Facsimile (212) 209-7102
Email: info@jcpclaw.com

November 26, 2014

**By ECF**

Hon. Thomas P. Griesa, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square, Room 2103
New York, New York 10007

> Re: *Azogue v. 16 for 8 Hospitality LLC, et al.*
> *Case No. 13-CV-7899 (TPG) (MHD)*
>
> *Cabrera v. Num Pang Holdings, LLC, et al.*
> *Case No. 14-CV-3283 (TPG) (MHD)*

Dear Judge Griesa,

  We are counsel to named plaintiff Victor Azogue and five opt-in plaintiffs in the *Azogue* matter referenced above. We are also designated conditional class counsel for the consolidated actions. A status conference is currently scheduled before Your Honor on Wednesday, December 3, 2014 at 4:30 p.m. Please accept this letter as our request, with defendants' consent, for a sixty (60) day adjournment of the conference.

  The request is based on the fact that we are still in the process of receiving detailed wage and hour records from the defendants on behalf of the putative class and, as such, have not sufficiently analyzed those records or commenced specific settlement discussions. We expect that we will have completed receiving the vast majority of the production within the next two weeks, at which time our analysis can begin in earnest. The requested adjournment would allow the parties additional time to more ably engage in informed settlement discussions, as well as to discuss with the Court the substance of the class claims at a more appropriate time.

  No prior request has been made, and no other dates would be affected by the adjournment. Accordingly, it is respectfully requested that a status conference be scheduled on a date that is convenient for the Court in early February 2015.

Hon. Thomas P. Griesa, U.S.D.J.
November 26, 2014
Page 2

      We thank the Court for considering this application.

                            Respectfully submitted,

                            Justin Cilenti

JC/jp

cc:    Andrew Singer, Esq.
        Jason Klimpl, Esq.
        C.K. Lee, Esq.