TANNENBAUM HELPERN SYRACUSE & HIRSCHTRITT LLP

900 THIRD AVENUE

NEW YORK, NEW YORK 10022-4775

(212) 508-6700

FACSIMILE: (212) 371-1084

**Jason B. Klimpl**
Direct Dial: (212) 508-7529
E-mail: klimpl@thsh.com

April 15, 2015

**VIA ECF**

Hon. Thomas P. Griesa, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:   *Azogue v. 16 for 8 Hospitality LLC, et al.*
            Case No. 13-CV-7899 (TPG)

            *Cabrera v. Num Pang Holdings LLC. et al.*
            Case No. 14-CV-03283 (TPG)

Dear Judge Griesa:

    We represent the defendants in the above-referenced related cases. Pursuant to the Court's instructions at the conference held on February 3, 2015, we write on behalf of all the parties to inform the Court of the status of the parties' progress concerning potential settlement.

    We are pleased to inform the Court that the parties have now completed the exchange of informal discovery, pursuant to the stipulation so-ordered by the Court on April 1, 2014. Accordingly, the parties are now working in good faith to exchange specific settlement proposals.

    In the event the parties are unable to reach a settlement by June 15, 2015, the parties intend to respectfully request from Your Honor a referral to a magistrate judge for a settlement conference or mediation.

TANNENBAUM HELPERN SYRACUSE & HIRSCHTRITT LLP

Hon. Thomas P. Griesa, U.S.D.J.
United States District Court
Southern District of New York
April 15, 2015
Page 2

Thank you Your Honor for your attention to this matter.

Respectfully submitted,

Jason B. Klimpl

cc: Justin Cilenti, Esq.
Anne Seelig, Esq.
Andrew W. Singer, Esq.

[1012266-2]