# CILENTI & COOPER, PLLC

ATTORNEYS AT LAW
708 Third Avenue – 6th Floor
New York, New York 10017

Telephone (212) 209-3933
Facsimile (212) 209-7102
Email: info@jcpclaw.com

June 16, 2015

**By ECF**

Hon. Thomas P. Griesa, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square, Room 2103
New York, New York 10007

>   Re:   *Azogue v. 16 for 8 Hospitality LLC, et al.*
>         Case No. 13-CV-7899 (TPG) (MHD)
>
>         *Cabrera v. Num Pang Holdings LLC, et al.*
>         Case No. 14-CV-3283 (TPG) (MHD)

Dear Judge Griesa,

We are counsel to named plaintiff Victor Azogue, five opt-in plaintiffs, and the putative class in the above-referenced consolidated cases. Please accept this letter as the joint status report of the parties in the Azogue matter.

The parties have completed their initial review of the defendants' wage and hour records, with the intent to try and settle this case on a class-wide basis. Toward that objective, the parties have exchanged initial settlement proposals and remain actively engaged in negotiations. In the event settlement discussions prove unsuccessful over the next 45 days, the parties will jointly request that the matter be referred to the Court's mediation program.

We thank the Court for its continued attention to this matter.

Respectfully submitted,

Justin Cilenti

JC/jp

Hon. Thomas P. Griesa, U.S.D.J.
June 16, 2015
Page 2

cc: Andrew Singer, Esq. (by ECF)
    Jason Klimpl, Esq. (by ECF)
    C.K. Lee, Esq. (by ECF)