**TANNENBAUM HELPERN SYRACUSE & HIRSCHTRITT LLP**

900 THIRD AVENUE

NEW YORK, NEW YORK 10022-4775

(212) 508-6700

FACSIMILE: (212) 371-1084

**Jason B. Klimpl**
Direct Dial: (212) 508-7529
E-mail: klimpl@thsh.com

August 27, 2015

**VIA ECF**

Hon. Thomas P. Griesa, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    *Azogue v. 16 for 8 Hospitality LLC, et al.*
              Case No. 13-CV-7899 (TPG)

             *Cabrera v. Num Pang Holdings LLC. et al.*
              Case No. 14-CV-03283 (TPG)

Dear Judge Griesa:

      We represent the defendants in the above-referenced related cases.

      We are pleased to inform the Court that the parties have reached an agreement in principle to settle each case. In respect of the *Azogue* case, the parties anticipate submitting a motion for preliminary approval of a class action settlement on or before October 9, 2015. In respect of the *Cabrera* case (which is not a representative action), the parties anticipate submitting a stipulation of dismissal to Your Honor within two weeks.

      Accordingly, the parties believe that it will not be necessary to hold a conference with Your Honor on September 1, 2015. Thank you Your Honor for your attention to this matter.

                                                          Respectfully submitted,

                                                           Jason B. Klimpl

cc:    Justin Cilenti, Esq.
        Anne Seelig, Esq.