# CILENTI & COOPER, PLLC

ATTORNEYS AT LAW
708 Third Avenue – 6th Floor
New York, New York 10017

Telephone (212) 209-3933
Facsimile (212) 209-7102
Email: info@jcpclaw.com

October 15, 2015

**By ECF**

Hon. Thomas P. Griesa, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square, Room 2103
New York, New York 10007

        **Re:**   *Azogue v. 16 for 8 Hospitality LLC, et al.*
              *Case No. 13-CV-7899 (TPG) (MHD)*

              *Cabrera v. Num Pang Holdings LLC, et al.*
              *Case No. 14-CV-3283 (TPG) (MHD)*

Dear Judge Griesa,

      We are counsel to named plaintiff Victor Azogue, five opt-in plaintiffs, and the putative class in the above-referenced consolidated cases. Please accept this letter as the joint status report of the parties in the Azogue matter.

      As the Court is aware, the parties have reached a settlement in principle for the putative class. The written settlement agreement is currently in the attorney review stage. We anticipate having a fully executed agreement within the next couple of weeks, at which time we will immediately file our motion for preliminary approval with the Court.

      We thank the Court for its continued attention to this matter.

                                      Respectfully submitted,

                                      Justin Cilenti

JC/tc
cc:    Andrew Singer, Esq. (by ECF)
       Jason Klimpl, Esq. (by ECF)
       C.K. Lee, Esq. (by ECF)