# CILENTI & COOPER, PLLC

ATTORNEYS AT LAW
708 Third Avenue – 6th Floor
New York, New York 10017

Telephone (212) 209-3933
Facsimile (212) 209-7102
Email: info@jcpclaw.com

November 13, 2015

**BY ECF**

Hon. Thomas P. Griesa, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square, Room 2103
New York, New York 10007

          *Re:*    *Azogue v. 16 for 8 Hospitality LLC, et al.*
                  *Case No. 13-CV-7899 (TPG) (MHD)*

Dear Judge Griesa,

      We are counsel to named plaintiff Victor Azogue, five opt-in plaintiffs, and the putative class in the above-referenced matter. Pursuant to my conversion with Your Honor's Law Clerk, we hereby confirm that plaintiff will file his motion for preliminary approval of the class settlement, together with the proposed settlement agreement, on or before November 30, 2015. If for some reason the papers are not ready to be filed by that date, we will request an in-person status conference with the Court.

      We thank the Court for its continued attention to this matter.

                                      Respectfully submitted,

                                      Justin Cilenti

JC/tc
cc:    Andrew Singer, Esq. (by ECF)
       Jason Klimpl, Esq. (by ECF)