# CILENTI & COOPER, PLLC

ATTORNEYS AT LAW
708 Third Avenue – 6th Floor
New York, New York 10017

Telephone (212) 209-3933
Facsimile (212) 209-7102
Email: info@jcpclaw.com

December 2, 2015

**BY ECF**

Hon. Thomas P. Griesa, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square, Room 2103
New York, New York 10007

           *Re:*    *Azogue v. 16 for 8 Hospitality LLC, et al.*
                    *Case No. 13-CV-7899 (TPG) (MHD)*

Dear Judge Griesa,

      We are counsel to named plaintiff Victor Azogue, five opt-in plaintiffs, and the putative class in the above-referenced matter. Please accept this letter as the parties' joint status report and, based upon the Court's directive, a request for a status conference. The parties are finalizing the written settlement agreement, and anticipate filing plaintiff's motion for preliminary approval, together with the proposed settlement agreement, within the next few days.

      In the interim, should the Court wish to meet with the parties for an in-person conference, we are available on December 15 (morning only), 17, 23, or 28.

      We thank the Court for its continued attention to this matter.

                                            Respectfully submitted,

                                            Justin Cilenti

JC/tc
cc:    Andrew Singer, Esq. (by ECF)
       Jason Klimpl, Esq. (by ECF)