UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
Victor Sebastian Azogue, et al.,

                Plaintiffs,

      v.

16 for 8 Hospitality, LLC, et al.,
d/b/a "Num Pang Sandwich Shop",

                Defendants.
------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/18/2015
```

**ORDER OF REFERENCE
TO A
MAGISTRATE JUDGE**

13 -cv- 7899 (TPG)(SN)

The above entitled action is referred to the Honorable Sarah Netburn, United States Magistrate Judge, for purpose of:

| | | | |
|---|---|---|---|
| ___ | GENERAL PRE-TRIAL (includes scheduling, discovery, non-dispositive pre-trial motions and settlement) | ___ | JURY SELECTION |
| | | ___ | HABEAS CORPUS |
| ___ | GENERAL PRE-TRIAL & DISPOSITIVE MOTION (all purposes except trial) | ___ | INQUEST AFTER DEFAULT / DAMAGES HEARING |
| ___ | DISPOSITIVE MOTION (i.e., a motion requiring a Report & Recommendation) | ___ | SOCIAL SECURITY |
| ___ | SPECIFIC NON-DISPOSITIVE MOTION / DISPUTE (including discovery dispute) * | _X_ | SETTLEMENT * |
| | | ___ | OTHER |

Dated: December 18, 2015
       New York, New York

SO ORDERED:

*/s/ Thomas P. Griesa*
United States District Judge