UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

SHANELL YOUNG, et al.,

                          **Plaintiffs,**

              -against-

**16 FOR 8 HOSPITATLITY, L.L.C., et al.,**

                         **Defendants.**

-----------------------------------------------------------------X

**USDC SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
**DOC #:** _____
**DATE FILED:** 12/28/2015

**13-CV-07899 (TPG)(SN)**

**STATUS
CONFERENCE ORDER**

**SARAH NETBURN, United States Magistrate Judge**:

    A status conference is scheduled for Thursday, January 07, 2016, at 3:30 p.m. in Courtroom 219, Thurgood Marshall Courthouse, 40 Foley Square, New York, New York. If this date is unavailable for any party, they must contact Courtroom Deputy Joseph Mendieta immediately at (212) 805-0286.

**SO ORDERED**.

                                            _____
                                            SARAH NETBURN
                                            United States Magistrate Judge

DATED:      New York, New York
                 December 28, 2015