**TANNENBAUM HELPERN SYRACUSE & HIRSCHTRITT LLP**

900 THIRD AVENUE

NEW YORK, NEW YORK 10022-4775

(212) 508-6700

FACSIMILE: (212) 371-1084

**Jason B. Klimpl**
Direct Dial: (212) 508-7529
E-mail: klimpl@thsh.com

January 6, 2016

**VIA ECF**

Hon. Sarah Netburn, U.S.M.J.
United States District Court
Southern District of New York
40 Foley Square, Room 430
New York, New York 10007

    Re:   *Azogue v. 16 for 8 Hospitality LLC, et al.* (13-cv-7899)

Dear Judge Netburn:

    We represent the defendants in the above-referenced wage and hour class and collective action, and we write on behalf of all parties to request an adjournment of the status conference scheduled for tomorrow, January 7, 2016, at 3:30 p.m.

    We are pleased to report that, as of yesterday, January 5, 2016, the parties have finalized their proposed settlement agreement to resolve this matter, subject to the parties' execution of the same. We anticipate that plaintiffs' counsel will submit the proposed settlement agreement, together with their accompanying motion, for Judge Griesa's review and approval within the next week. Of course, we will promptly notify the Court once the proposed settlement agreement has been submitted to Judge Griesa.

    Accordingly, we respectfully request an adjournment of the status conference. This is the parties' first request for an adjournment of the conference.

    We thank Your Honor for your attention to this matter.

                                  Respectfully submitted,

                                    Jason B. Klimpl

cc:   Justin Cilenti, Esq.