# CILENTI & COOPER, PLLC

ATTORNEYS AT LAW
708 Third Avenue – 6th Floor
New York, New York 10017

Telephone (212) 209-3933
Facsimile (212) 209-7102
Email: info@jcpclaw.com

January 21, 2016

**BY ECF**

Hon. Sarah Netburn, U.S.M.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

      *Re:*    *Azogue v. 16 for 8 Hospitality LLC, et al.*
              *Case No. 13-CV-7899 (TPG) (SN)*

Dear Judge Neburn,

    We are counsel to named plaintiff Victor Azogue, five opt-in plaintiffs, and the putative class in the above-referenced matter. Pursuant to the Court's January 7, 2016 Order, the parties were to submit the settlement agreement and all supporting documents by today. Please accept this letter as plaintiffs' request for an extension of time to file the settlement material until this Monday, January 25, 2016.

    This matter involves a settlement to resolve the case on a class-wide basis and, therefore, requires the filing of a motion for preliminary approval. We received a fully executed version of the settlement agreement from the defendants earlier today, and the undersigned was engaged in an all-day deposition. Therefore, it is respectfully requested that the plaintiffs be granted a few extra days to finalize the motion papers for filing. Defendants consent to this request.

    We thank the Court for its continued attention to this matter.

                                            Respectfully submitted,

                                            Justin Cilenti

JC/tc
cc:    Andrew W. Singer, Esq.
        Jason Klimpl, Esq.